DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALMA ALVAREZ-TAMAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ALMA ALVAREZ-TAMAYO, )<br>)<br>*Defendant.* )<br>_____ ) | No. 1:06-cr-423 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND PROPOSED ORDER THEREON<br><br>Date : April 27, 2007<br>Time: 9:00 a.m.<br>Dept : Hon. Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing, in the above captioned matter, set for April 6, 2007, be continued to **April 27, 2007 at 9:00 a.m.**

   The continuance sought is at the request of defense counsel to allow her client additional time to change her plea; and the availability of counsel.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of

///

///

///

///

///

///

1  justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 2, 2007                             /s/ Steven Mr. Crass
                                                 STEVEN M. CRASS
                                                 Assistant Federal Defender
                                                 Attorney for Plaintiff


                                                 DANIEL J. BRODERICK
                                                 Federal Defender

DATED: April 2, 2007                             /s/ Carrie S. Leonetti
                                                 CARRIE S. LEONETTI
                                                 Assistant Federal Defender
                                                 Attorney for Defendant


The Court has received the stipulation, and based on the representations therein, finds that good cause exists, both for the continuance and the exclusion of time. On April 27, 2007, Counsel should be ready either to enter a plea or set a trial date.

IT IS SO ORDERED.

**Dated:   April 3, 2007**              **/s/ Lawrence J. O'Neill**
b9ed48                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference          2