DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALMA ALVAREZ-TAMAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-423 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF MOTION; MOTION TO CONTINUE SENTENCING HEARING; ORDER |
| ALMA ALVAREZ-TAMAYO, | ) | |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

TO: MACGREGOR SCOTT, UNITED STATES ATTORNEY, AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY, ATTORNEYS FOR PLAINTIFF

PLEASE TAKE NOTICE that the defendant, Alma Alvarez-Tamayo, through counsel undersigned, hereby requests that the sentencing date in this matter be continued. **The time presently set for sentencing is July 6, 2007 at 9:00 a.m.. The requested new date is July 13, 2006 at 9:00 a.m.**

This request is made pursuant to F. R. CRIM. P. 32 (b) (2) for the purpose of continuity of counsel. This

///
///
///
///
///
///

motion is based upon the Court file and the accompanying declaration of counsel.

DATED: June 20, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
ALMA ALVAREZ-TAMAYO

## **O R D E R**

**IT IS SO ORDERED.**

THE COURT HAS RECEIVED AND REVIEWED DEFENSE COUNSEL'S REQUEST TO CONTINUE THE SENTENCING IN THIS CASE BY ONE WEEK. DEFENSE COUNSEL WILL BE GONE FROM THE OFFICE ON THE DATE CURRENTLY SET, THE DEFENDANT WISHES DEFENSE COUNSEL (AND NOT A SUBSTITUTE) TO BE AT THE SENTENCING, AND THE GOVERNMENT DOES NOT OBJECT. THE COURT FINDS ADEQUATE CAUSE, AND GRANTS THE CONTINUANCE. THE SENTENCING WILL TAKE PLACE ON JULY 13, 2007 AT 9 A.M.

IT IS SO ORDERED.

**Dated:   June 27, 2007**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE